**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SARDOR AKHMEDOV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1240-J |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On May 29, 2026, the Court received Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his detention by Immigration and Customs Enforcement (ICE). The Automated Case Information generated by the Executive Office for Immigration Review indicates Petitioner was granted voluntary departure on July 30, 2026.[1] On August 4, 2026, Respondents filed a Notice informing the Court of an intent to transfer Petitioner to "begin staging Petitioner for removal." [Doc. No. 15]. Further, the Court cannot locate Petitioner on ICE's online detainee locator system.[2] Accordingly, not later than August 14, 2026, Respondents shall inform the Court of Petitioner's custodial status, including whether Petitioner has voluntarily departed the United States.

IT IS SO ORDERED this 12th day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

---

[1] *See* https://acis.eoir.justice.gov/en/caseInformation (last accessed August 12, 2026); *see also* [Doc. No. 13 at 1 n.2].

[2] *See* https://locator.ice.gov/odls/#/results (last visited August 12, 2026) (showing that zero records match Petitioner's A-file number).